UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KERRY L. RUSSELL,

          Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. C14-739-JCC-BAT

**REPORT AND RECOMMENDATION**

Kerry L. Russell filed a complaint seeking review of the Commissioner's denial of her application for Social Security benefits. Dkt. 3. The parties have filed a stipulated motion to reverse and remand the case for further administrative proceedings before an administrative law judge (ALJ), a de novo hearing, and a new decision in regard to Plaintiff's applications for benefits under Title XVI of the Social Security Act. Dkt. 16.

The Court has considered the motion and the record and recommends that the case be **REVERSED** and **REMANDED** pursuant to the parties' stipulation. On remand, the ALJ will reassess the residual functional capacity assessment and obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations (specifically, the limitation to "limited or no contact with the public") on the occupational base. The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Ms. Russell will be

1 entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28

2 U.S.C. § 2412(d), upon proper request to this Court.

3     As the parties stipulate to remand, the Court recommends that if this recommendation is

4 adopted, it be approved immediately. A proposed order accompanies this Report and

5 Recommendation.

6     DATED this 27th day of October, 2014.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

REPORT AND RECOMMENDATION - 2