THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| KERRY L. RUSSELL,<br><br>                              Plaintiff,<br><br>        v.<br><br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                              Defendant. | CASE NO. C14-739-JCC-BAT<br><br>ORDER ADOPTING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION |

16

17

18

19

    This matter comes before the Court on the parties' stipulated motion to reverse and remand the case for further administrative proceedings (Dkt. No. 16) and the report and recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 17). The Court hereby ADOPTS the R&R:

20

21

22

23

24

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision regarding Plaintiff's application for benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge ("ALJ"), a de novo hearing, and a new decision.

25

26

    On remand, the ALJ will reassess the residual functional capacity assessment and obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations

1    (specifically, the limitation to "limited or no contact with the public") on the occupational base.

2    This Court is not ruling on the parts of the ALJ's decision not specifically addressed in this

3    Order.

4           The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C.

5    § 405(g) and remands the case to the Commissioner for further proceedings. *See Melkonyan v.*

6    *Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and costs

7    pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) upon proper request to this

8    Court.

9           DATED this 4th day of November 2014.

10

11

12

13

14

15

16          John C. Coughenour
            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION
PAGE - 2